UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ALBON C. DIAMOND, III,**

    Petitioner,

v.                                  **CASE NO. 3:19cv2929-MCR-MAF**

**SECRETARY, DEPARTMENT
OF CORRECTIONS,**

    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the United States Magistrate Judge's Report and Recommendation dated July 2, 2020. ECF No. 23. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). I have made a de novo determination of any timely filed objections.

Having fully considered the Report and Recommendation and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 23, is adopted and incorporated by reference in this Order.

2. Respondent's motion to dismiss, ECF No. 14, is **GRANTED**.

3. Petitioner's petition pursuant to 28 U.S.C. § 2254, ECF No. 1, is **DISMISSED with prejudice** as untimely filed under 28 U.S.C. § 2244.

4. A Certificate of Appealability is **DENIED**.

5. The clerk of court is directed to close this case file.

**DONE AND ORDERED** this 4th day of August 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**